# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF DISCIPLINE OF
MICHAEL H. HAMILTON, BAR NO.
7730

No. 80556

**FILED**

MAY 0 8 2020



ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

## *ORDER OF SUSPENSION*

This is an automatic review of a Southern Nevada Disciplinary Board hearing panel's recommendation that the stayed portion of a previously imposed four-year suspension be imposed against attorney Michael H. Hamilton for his failure to comply with probation conditions in an earlier disciplinary matter.

On May 14, 2019, this court approved a conditional guilty plea agreement and suspended Hamilton for four years, with all but six months of the suspension stayed, based on his violations of RPC 1.15 (safekeeping property), RPC 5.4 (professional independence of a lawyer), RPC 5.5 (unauthorized practice of law), RPC 8.4 (misconduct), and SCR 78.5 (maintenance of trust funds). *In re Discipline of Hamilton*, Docket No. 78101 (Order Approving Conditional Guilty Plea Agreement, May 14, 2019). He violated those rules in part by having his trust account out of balance, making personal and business payments from his trust account, and failing to pay medical liens on behalf of clients. *Id.* The stayed portion of his suspension was subject to certain probation conditions, including that he "provide quarterly reports for all of his trust accounts to the State Bar as outlined in the conditional guilty plea agreement" and that he complete 22

20-17439

hours of continuing legal education during the six-month actual suspension. *Id.*

The State Bar established a schedule and sent correspondence to Hamilton reminding him of his obligation to provide the quarterly reports, but Hamilton did not submit the reports or complete the continuing legal education. He acknowledged his failures to do so at a formal hearing on December 10, 2019, and the hearing panel recommended imposing the stayed portion of his suspension. We agree with the panel's recommendation and therefore impose the remaining 42 months of Hamilton's suspension, beginning from the date of this order. Additionally, Hamilton shall pay the costs of the disciplinary proceedings, including $2,500 under SCR 120, within 30 days from the date of this order. The parties shall comply with SCR 115 and SCR 121.1.

It is so ORDERED.

_____ , C.J.
Pickering

_____ , J.
Gibbons

_____ , J.
Hardesty

_____ , J.
Parraguirre

_____ , J.
Stiglich

_____ , J.
Cadish

_____ , J.
Silver

cc:    Law Offices of Michael H. Hamilton
       Chair, Southern Nevada Disciplinary Board
       Bar Counsel, State of Nevada
       Executive Director, State Bar of Nevada
       Admissions Office, U.S. Supreme Court